# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

| | | |
|---|---|---|
| BRANDY NORMAN, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-22 |
| v. | * | |
| TAYLOR FEED COMPANY, INC.; and CHESTER A. TAYLOR, JR., individually, | * | |
| Defendants. | * | |

## ORDER

Plaintiff has filed a Notice of Voluntary Dismissal With Prejudice. Dkt. No. 7. Therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A), this case is **DISMISSED with prejudice**. The Clerk is hereby authorized and directed to close this case.

SO ORDERED, this 14 day of April, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA